SONY CORPORATION OF AMERICA *v.* J. G. E. APPLIANCE OF STAMFORD, INC.

The defendant's motion for a review of the order by the trial court dated November 15, 1974, terminating the stay of execution of judgment pending appeal from the Superior Court in Fairfield County is granted and the relief sought therein is denied.

*Anthony M. MacLeod,* in support of the motion.

*George C. Hastings* and *William T. Sellay,* in opposition.

Submitted November 22—decided December 10, 1974

GENERAL ELECTRIC COMPANY *v.* J. G. E. APPLIANCE OF STAMFORD, INC.

The defendant's motion for a review of the order by the trial court dated November 15, 1974, terminating the stay of execution of judgment pending appeal from the Superior Court in Fairfield County is granted and the relief sought therein is denied.

*Anthony M. MacLeod,* in support of the motion.

*Robert J. Berta,* in opposition.

Submitted November 22—decided December 10, 1974

STATE OF CONNECTICUT *v.* WHITE OAK EXCAVATORS, INC.

The motion by the third-party defendant White Oak Excavators, Inc., to dismiss the appeal of the third-party plaintiff state of Connecticut from the Superior Court in Hartford County is denied.

*Robert L. Hirtle, Jr.,* in support of the motion.

Submitted November 13—decided December 18, 1974